```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWAYNE BENNETT,                       :    CIVIL ACTION
                                      :    NO. 15-4144
          Petitioner,                 :
                                      :
     v.                               :
                                      :
CYNTHIA LINK, Acting Warden,          :
et al.,                               :
                                      :
          Respondents.                :
                                      :
```

### O R D E R

**AND NOW**, this **16th** day of **June, 2016,** after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 18) and Petitioner having filed no objections thereto, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(3) A certificate of appealability shall not issue; and

(4) The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**