```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DWAYNE BENNETT, | : | CIVIL ACTION |
| | : | NO. 15-4144 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA LINK, Acting Warden, et al., | : | |
| | : | |
| Respondents. | : | |

### <u>O R D E R</u>

**AND NOW**, this **30th** day of **November, 2016**, after reviewing the report and recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 18) and Petitioner's objections thereto (ECF No. 22), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The report and recommendation (ECF No. 18) is **APPROVED** and **ADOPTED**;

(2) Petitioner's objections (ECF No. 22) are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall **NOT** issue; and

(4) The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

<u>/s/ Eduardo C. Robreno</u><br>
<b>EDUARDO C. ROBRENO,       J.</b>